### STATE v. BEN DOVER.

(Filed 17 October, 1945.)

APPEAL by defendant from *Bobbitt, J.,* at March, 1945, Term, of CLEVELAND.

*Attorney-General McMullan and Assistant Attorneys-General Rhodes, Moody, and Tucker for the State.*

*Horace Kennedy for defendant, appellant.*

PER CURIAM. The appellant, Dover, was convicted at March Term, 1945, of Cleveland Superior Court on an indictment charging the felonious receiving of certain automobile tires, knowing them to be stolen. The exceptions taken upon the trial and to the judgment do not show merit, and the result will not be disturbed. The judgment is

Affirmed.